# NOS. 12-17-00008-CR
## 12-17-00009-CR
## 12-17-00010-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JEROME MARKS,*<br>*APPELLANT* | § | *APPEAL FROM THE 252ND* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *JEFFERSON COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Jerome Marks, has filed motions to dismiss his three appeals. The motions are signed by Appellant and his counsel. No decision has been delivered in these appeals. Accordingly, Appellant's motions to dismiss are granted, and the appeals are ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered April 12, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 12, 2017**

**NO. 12-17-00008-CR**

**JEROME MARKS,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 252nd District Court

of Jefferson County, Texas (Tr.Ct.No. 14-18651)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

APRIL 12, 2017

NO. 12-17-00009-CR

**JEROME MARKS,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

___

Appeal from the 252nd District Court

of Jefferson County, Texas (Tr.Ct.No. 14-18654)

___

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

APRIL 12, 2017

NO. 12-17-00010-CR

**JEROME MARKS,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 252nd District Court

of Jefferson County, Texas (Tr.Ct.No. 14-18648)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*